**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1430**

---

ELBERT GAYNOR,

         Plaintiff - Appellant,

     v.

CALVIN BALL; JACOB DAY; WES MOORE,

         Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, Chief District Judge. (1:23-cv-02152-GLR)

---

Submitted: August 22, 2024                      Decided: August 26, 2024

---

Before WILKINSON, WYNN, and RICHARDSON, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Elbert Gaynor, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elbert Gaynor seeks to appeal the district court's order denying his motion to reconsider the order dismissing his complaint for failure to comply with a court order. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on March 5, 2024, and the appeal period expired on April 4, 2024. Gaynor filed the notice of appeal on May 9, 2024. Because Gaynor failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal and deny Gaynor's motions for a stay and to file a supplemental informal brief.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2